IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 16-1384 |
| v. | : | |
| | : | |
| HOPE J. BELLINO and | : | |
| JOSEPH M. BELLINO, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of January, 2017, it is hereby **ORDERED** that a **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages shall be held on **Monday, January 30, 2017 at 10:00 a.m.** at the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania in a courtroom to be determined.

Plaintiff shall be prepared to present evidence of damages to the Court, and defendants shall be prepared to show cause why the default judgment should not be entered.

Plaintiff is instructed to serve a copy of this order upon defendants at their last known address.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.