IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 16-1384 |
| v. | : | |
| | : | |
| HOPE J. BELLINO and | : | |
| JOSEPH M. BELLINO, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 13th day of January, 2017, it is hereby **ORDERED** that the **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages is **RESCHEDULED** for **Thursday, February 2, 2017 at 11:00 a.m.** at the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.