UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>HOPE J. BELLINO<br>JOSEPH M. BELLINO<br><br>                              Defendants | CIVIL NO. 16-01384 |

**CERTIFICATE OF SERVICE**

I, Thomas I. Puleo, Esquire, hereby certifies that the foregoing Orders dated January 10, 2017 and January 13, 2017 have been served by first class mail, postage pre-paid, upon the parties listed below on January 18, 2017.

HOPE J. BELLINO
117 Shady Lane
Bedford, PA 76021

JOSEPH M. BELLINO
517 North Holly Street
Elizabethtown, PA 17022

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6309