**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 16-1384** |
| | : | |
| **HOPE J. BELLINO, et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

    **AND NOW,** this 30th day of January, 2017, upon consideration of the plaintiff's motion to permit testimony of a witness by contemporaneous transmission at the hearing on the plaintiff's motion for default judgment (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED.

                                     BY THE COURT:


                                  */s/ Lawrence F. Stengel*
                                  LAWRENCE F. STENGEL, J.