

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

---

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

### CIVIL ACTION NO.: *16-01384*

I, _ROBBIE MILLER_ , a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

_517 NORTH HOLLY STREET, ELIZABETHTOWN, PA 17022_

The public sale was held on _July 11, 2017_

and the highest bidder was _RAMA INVESTMENTS, LLC._

who bid the amount of $_138,000.00_ .

By: _Rn 1 L - MILLER 1318 M_

Deputy U.S. Marshal

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME:            *Rama investments LLC*

ADDRESS:       *2988 Newport Rd*

                        *Ronks  PA  17572*

PHONE (DAY):   *717-587-2516*

Below please provide the name(s) in which the deed will be registered, if you are
the successful bidder.   There will be no exceptions or changes.

*Rama investments  LLC*
The above is precisely how the name(s) are to appear in the deed

126.000

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME:        John Gainer

ADDRESS:     2938 Columbia Ave   Suite 1402

             Lancaster  PA  17603

PHONE (DAY):   717 333-3614

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

J Gordon Gainer LLC

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: _DOUG MUSSER_

ADDRESS: _1374 RIDGE RD_

_ElizABETHTOWN, PA   17022_

PHONE (DAY): Cell # _717- 468 -8333_

Home # 717-367-7164

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

_DOUGLAS H. MUSSER & GREGORY S. MUSSER_

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:**  Mervin S. Garman

**ADDRESS:**  118 Jeanel Circle

Lititz, Pa 17543

**PHONE (DAY):**  (717) 314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

ETOWN

Philadelphia PA 19106

## BIDDER'S REGISTRATION FORM

NAME:     LIBERTY COMMERCIAL CAPITAL, LLC

ADDRESS:     23 OLDE MILL COURT

LITITZ, PA 17543

PHONE (DAY):     717 - 368 - 2359

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

The above is precisely how the name(s) are to appear in the deed

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

**BIDDER'S REGISTRATION FORM**

Per Siegust far

NAME: ___B P Real Estate Inv Grp L.P.___

ADDRESS: ___1720 Oregon Pk___

___Lancaster PA 17601___

PHONE (DAY): ___717___ ___669-5075___ ~~589-8704~~

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

___B r Real Estate Investment Grp L.P.___

The above is precisely how the name(s) are to appear in the deed