IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-1384 |
| | : | |
| HOPE J. BELLINO, et al., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this 24th day of August, 2017, upon consideration of the government's motion for confirmation of public sale which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty day period (Document #30), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1. The public sale held on July 11, 2017 is hereby confirmed.

2. The Marshal is ORDERED and DIRECTED to execute and deliver to Rama Investments, LLC, their successor and assigns, a good and sufficient deed, conveying all the right, title, and interest of HOPE J. BELLINO and JOSEPH M. BELLINO in and to the premises sold located at 517 North Holly Street, Elizabethtown, Pennsylvania 17022.

3. Jurisdiction is retained for such further Orders or Decrees as may be necessary.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.