UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.

HOPE J. BELLINO
JOSEPH M. BELLINO

        Defendant

CIVIL NO. 16-01384

FILED
OCT 25 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................……..……… $138,000.00

Amount of cash received................................................................$138,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

    Mileage and Fees.......................................................................$151.97

DEPARTMENT OF JUSTICE COSTS:
    (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

    Advertising Cost .......................................................................$952.76

TOTAL COSTS TO U.S. GOVERNMENT .................................$1,104.73

Proceeds of sale, less costs, to Farmer's Home Admin .................$136,895.27
    (to be forwarded to US Attorney's office)

                                       Respectfully submitted,

                                       KML Law Group, P.C.

                                       By: _____
                                       Thomas I. Puleo, Esquire
                                       Pennsylvania Attorney I.D. No. 27615
                                       Suite 5000 – BNY Independence Center
                                       701 Market Street
                                       Philadelphia, PA  19106-1532
                                       (215) 825-6309